CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

04/23/2019

JULIA C. DUDLEY, CLERK
BY: /s/ J. Jones
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ALICIA CHEW, | ) |
| | ) Civil Action No. 3:18CV00094 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER OF DISMISSAL** |
| | ) |
| POPSUGAR, INC., | ) |
| | ) By: Hon. Glen E. Conrad |
| Defendant. | ) Senior United States District Judge |

The court has before it the plaintiff's notice of voluntary dismissal in this case filed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is accordingly,

ADJUDGED and ORDERED

that the above-styled matter is DISMISSED with prejudice, each party to bear its own costs, expenses and attorneys' fees, and this case is stricken from the active docket of this court.

The Clerk is hereby directed to send a certified copy of this order to all counsel of record.

Enter this _23rd_ day of April, 2019.

_/s/ Glen E. Conrad_
Senior United States District Judge